# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 14, 2024

## NO. 03-24-00337-CV

**Tae Hollenbeck, Appellant**

**v.**

**Cody Villareal, Jackie Villareal, and Donna Adams Morgan, Appellees**

**APPEAL FROM THE 478TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the trial court's ruling denying appellant's request for a protective order. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.